

# Find out who is hosting any website

To find out where a website is hosted enter the URL address:

fuexweb.net

FIND HOST



It is hosted by: **TRELLIAN**

WHOIS information: **Click here**

Organization name: **Trellian Pty. Limited**

IP address: **103.224.212.212**

AS(autonomous system) number and organization: **AS133618 Trellian Pty. Limited**

AS name: **TRELLIAN-AS-AP**

Reverse DNS of the IP: **lb-212-212.above.com**

City: **Beaumaris**

Country: **Australia**

Visit HostGator

EXHIBIT 1





## Our tools

**Website Hosting Search Tool**
Enter a domain name or URL to find out which web hosting company is hosting the website. Search our database of over 5000 web hosting companies.

**Web Hosting IP Address Lookup**
Get information about the web host, IP address. IP Blacklisted or Not? Featuring over 300 DNS based blacklists & other spam details.

**What is Your Website Location**
Find Location Of Your Website or Domain. Now you can know the true location regardless of the address displayed in the Address Bar.

**Domain Whois and Age**
One of the major factors search engines use to rank a domain is the age of the domain. Use this domain age tool to find the age of any domain, you can also check domain whois.

**EXHIBIT 1**



Our lookup tool provides the most accurate results and gives you crucial information about the site, like Host information, Offline / Online checker, Alexa rank, Google page rank, Average load time of site, Domain IP blacklist checker, Domain age with WHOIS info, Social stats checker, SEO reports and many more.

The reports can be viewed not only on the site, but can also be downloaded as a PDF file. Also, you can check the list of the best web hosting companies in the UK.

EXHIBIT 1



registrant. All ICANN-accredited Registrars follow a uniform dispute resolution policy.

Under that policy, disputes over entitlement to a domain name registration are ordinarily resolved by an expedited administrative procedure (called arbitration) to allow the dispute to be resolved without the cost and delays often encountered in court litigation.

In these cases, you can invoke the administrative procedure by filing a complaint with one of the dispute-resolution service providers listed at http://www.icann.org/udrp/udrp.htm

### What is Windows Hosting?

Windows Hosting is hosting account that uses windows as their server platform that allows for software such as MS FrontPage, ColdFusion and MSSQL. Windows Hosting is a popular choice among programmes requiring ASP and MS SQL for their work.

### What is ASP?

Active Server Pages, introduced by Microsoft in the mid-1990s, is a scripting language designed to be embedded within the HTML code for Web pages. This is the standard programming system for Internet applications hosted on Windows servers.

With ASP, you can combine HTML pages, script commands, and COM components to create interactive Web pages or powerful Web-based applications, which are easy to develop and modify.

### Shared or Windows? Which should you choose?

There's no definite answer to this question. It's what you need to do with your site that leads you to the type of hosting. If you want the tightest security then Unix is probably for you. If you're looking for compatibility with all of Microsoft's products, then Windows is the best for you. If you opt to use PHP to power your website, then you'll want to go with Unix hosting.

Between Windows and Unix server, there is no difference in terms of ease of use and speed.

### What is a domain name?

A. A domain name (such as Hostingchecker.com) is the text name corresponding to the numeric IP address of a computer on the Internet.

A domain name must be unique. They correspond to a series of numbers called Internet Protocol numbers (IP numbers) that help serve as routing addresses on the Internet. Domain names are used generally as a convenient way of locating information and reaching others on the Internet.

### What is a A top-level domain (TLD)?

A. A top-level domain (TLD) is the last part of an Internet domain name. For example, in

EXHIBIT 1

 

**What is a Domain Name Servers or DNS?**

A. Name servers are the Internet's equivalent to a phone book. A name server maintains a directory of domain names and matching IP addresses. When your domain is set up, information about your domain name is added to the name servers.

It usually takes about 48 hours before name servers on other networks will be able to access the information after the Central Registry gets it. This 48-hour period is referred to as propagation.

**What are Primary and Secondary DNS?**

A. This refers to the name server computers where the record of your domain name is held. This is needed to register a domain name.

**What are valid characters for a domain name and how long can it be?**

A. Valid characters include letters, numbers, and hyphens. A hyphen may not begin or end a domain name.

Spaces and special characters are not permitted in a domain name. For example: Crypted.io (valid) Do-main.com (valid) Domain.com (not valid) doma&%n.com (not valid)

**What is the WHOIS Database?**

A. Whois is the term referring to who any given domain name belongs. A WHOIS search tells you who a given name belongs to and their contact information.

Currently, WHOIS search capabilities are available with us.

**How to conduct a WHOIS search?**

A. Just type your domain in the box above and the domain information will show up.

**Will my name and contact information be publicly available?**

A. By default, your contact information will be available publicly when someone does a whois search. However, you can subscribe to a whois guard service which allows you to hide your information.

**What do .COM .NET and .ORG domain names signify?**

A. Anyone may purchase a domain name in the .com, .net, and .org extensions. They are generic Top Level Domains (gTLD's) which are open to public registration.

The best way to brand your online identity is to purchase a domain name in all three; .com, .net and .org. All domains are available for registration by internet users across the globe. If the .com is not available tho, you can safely choose a .net or .org or some of the new domain extensions. They all work, and an example is thetoy.org and their remote vibrator page.

**EXHIBIT 1**

 

The only action a registrar can take on a name in REDEMPTIONPERIOD is to request that it be restored.

## How to evaluate a hosting?

**Uptime**

A generous uptime guarantee backed by reasonable terms of service is a good indication of a hosting provider who will work hard to keep your website online.

**Speed**

Speed is everything! The faster the site, more traffic and conversions and more income to your business.

**Support**

This is a very important factor! How fast is that support? Is it supported by SysAdmins or is it outsourced?

**Price**

**EXHIBIT 1**






### Dev toolkit

Who is hosting any site

Ping IP/URL    Reverse image search

Is a site Up or Down    What is my IP

What is my DNS    Port checker

Reverse IP Checker

**EXHIBIT 1**




feedback

Send us bug reports, questions, feature requests or just say "Hi :)"

  

## DEV TOOLS

Is this site Up or Down

Open Port Checker

Ping IP/URL tool

Reverse Image Search

Reverse IP Lookup

What is my DNS?

What is my IP address

## FROM OUR BLOG

Why did I choose to host on Jump?

The most crowded IPv4 addresses on the Internet

More than 20 VPS companies closing on Monday – are they connected?

## IMPORTANT LINKS

Privacy Policy

Terms & Conditions

Disclosure

Contact

| Type here to search... |

| SEARCH |



Copyright © 2025. Created by Hosting Checker

**EXHIBIT 1**



≡

⌄

EXHIBIT 1