# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| Joseph Phillip Harris,<br>Plaintiffs,<br>v.<br><br>Wells Fargo Bank, N.A.; Hang Seng Bank Ltd.; Tien Phong Commercial Joint Stock Bank; Vietnam Technical, et al. Defendants. | Case No. 4:25-cv-00027 – RGE-SBJ<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND JURY DEMAND** |

Wells Fargo Bank, N.A. ("Wells Fargo"), by counsel, respectfully submits this Partial Motion to Dismiss Plaintiff's Complaint and Jury Trial Demand ("Complaint"), pursuant to Federal Rule of Civil Procedure 12(b)(6), on the grounds that Plaintiff fails to plausibly allege a claim for breach of contract (Count V) and unjust enrichment (Count VI), and fails to allege a legal or factual basis for seeking the recovery of punitive damages against Wells Fargo. In support of this motion, Wells Fargo has contemporaneously filed a Memorandum in Support for this Partial Motion to Dismiss, which sets forth the support for this motion in greater detail. Because Plaintiff has failed to plausibly allege a claim for breach of contract or unjust enrichment, or adequately support his request for punitive damages, Wells Fargo respectfully requests this Court to dismiss Counts V and VI of the Complaint, along with the request for punitive damages.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum in Support of Wells Fargo's Partial Motion to Dismiss Plaintiff's Complaint, Wells Fargo respectfully requests that this Court dismiss Counts V and VI of Plaintiff's Complaint along with Plaintiff's request for punitive damages, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted

DATED this 1st day of March 2025.

        BY: /s/ Jeana L. Goosmann
        Jeana Goosmann, AT0002984
        GOOSMANN LAW FIRM, PLC
        410 5th Street
        Sioux City, IA 51101
        Phone: (712) 226-4000
        GoosmannJ@GoosmannLaw.com
        *Attorney for Defendant Well Fargo Bank*

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 1, 2025, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

        BY: /s/ Jeana L. Goosmann
        Jeana Goosmann, AT0002984
        GOOSMANN LAW FIRM, PLC