## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| JOSEPH PHILLIP HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., HANG SENG BANK LTD., TIEN PHONG COMMERCIAL JOINT STOCK BANK, VIETNAM TECHNOLOGICAL AND COMMERICAL; TU CHUONG NIEM; and TRELLIAN PTY. LIMITED,<br><br>Defendants. | No. 4:25-cv-00027-RGE-SBJ |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff Joseph Phillip Harris and Defendant Hang Seng Bank Limited that the parties have resolved their dispute and agree that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with no additional award of fees or costs by the Court.

1

Dated:  May 20, 2025

| | |
|---|---|
| **LAW OFFICES OF ROBERT V. CORNISH, JR., PC** | **DENTONS DAVIS BROWN PC** |
| /s/ *Robert V. Cornish, Jr.* | /s/ *Sarah Franklin* |
| Robert V. Cornish, Jr. | Sarah Franklin |
| 680 South Cache Street | 215 10th Street |
| Suite 100, P.O. Box 12200 | Suite 1300 |
| Jackson, WY 83001 | Des Moines, IA 50309 |
| Office: (212) 988-6800 | Office: 515 288 2500 |
| *Attorney for Plaintiff* | *Attorney for Defendant Hang Seng Bank Limited* |

**SO ORDERED**

_____
Rebecca Goodgame Ebinger, U.S.D.J.

2