UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOSEPH PHILLIP HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., HANG SENG BANK LTD., TIEN PHONG COMMERCIAL JOINT STOCK BANK, VIETNAM TECHNOLOGICAL AND COMMERICAL; TU CHUONG NIEM; and TRELLIAN PTY. LIMITED,<br><br>Defendants. | No. 4:25-cv-00027-RGE-SBJ |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Joseph Phillip Harris hereby files this Voluntary Dismissal With Prejudice as to Defendant Tu Chuong Niem pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: May 29, 2025

**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**

/s/ *Robert V. Cornish, Jr.*
Robert V. Cornish, Jr.
680 South Cache Street
Suite 100, P.O. Box 12200
Jackson, WY 83001
Office: (212) 988-6800
*Attorney for Plaintiff*

1